MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA G. KERCHNER,<br><br>Defendant. | CASE NO. 1:25-CR-00050-JLT-SKO<br><br>STIPULATION RE INITIAL APPEARANCE, ARRAIGNMENT ON INFORMATION, AND CHANGE OF PLEA HEARING |

The defendant, Teresa G. Kerchner, has been charged in this case by information and the parties have filed a plea agreement to resolve the case pre-indictment. (Dkt. No. 2). The parties request that the Court set an initial appearance, arraignment on the information and change-of-plea hearing for April 28, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties have cleared this dates with the Court. Time under the Speedy Trial Act has not begun to run because Ms. Kerchner has not made his initial appearance in this case.

Nonetheless, and out of abundance of caution, the parties request that the Court exclude time under the Speedy Trial Act from March 19, 2025, through April 28, 2025, for purposes of defense preparation and continunity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: March 19, 2025

*/s/ Roger Ponce*
ROGER PONCE
Counsel for Teresa G. Kerchner

Dated: March 19, 2025

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERESA G. KERCHNER, <br><br> Defendant. | CASE NO. 1:25-CR-00050-JLT-SKO <br><br> ORDER RE INITIAL APPEARANCE, ARRAIGNMENT ON INFORMATION, AND CHANGE OF PLEA HEARING |

Upon the parties' stipulation, and for good cause shown, an initial appearance, arraignment on the information, and change-of-plea hearing is set for April 28, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act is excluded from March 19, 2025, through April 28, 2025, for purposes of defense preparation and continunity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __March 19, 2025__       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE